IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Gerald McMurray, ) | Civil Action No.: 6:12-1922-MGL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, Acting Commission of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security moves pursuant to sentence four of 42 U.S.C. § 405(g) for an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). Plaintiff does not oppose Defendant's motion. Upon consideration, Defendant's motion is GRANTED. This matter is remanded to the Administrative Law Judge for a de novo hearing and a new decision.

On remand, the ALJ should specifically: (1) evaluate and give good reasons for the weight given to all medical source opinions regarding Plaintiff's work-related limitations; (2) redetermine Plaintiff's residual functional capacity; and (3) reevaluate Plaintiff's ability to do work that exists in significant numbers in the national economy, obtaining vocational expert testimony if appropriate.

**AND IT IS SO ORDERED.**

/s/ Mary G. Lewis
United States District Judge

March 11, 2013
Spartanburg, South Carolina